IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01589-AP

MIRIAM S. LIND,

       Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

        For Plaintiff:
        Michael W. Seckar
        Law Office of Michael W. Seckar, P.C.
        402 W. 12th Street
        Pueblo, CO 81003
        (719) 543-8636
        (719) 543-8403 (fax)
        E-mail:  seckarlaw@mindspring.com

        For Defendant:
        Teresa H. Abbott
        Special Assistant United States Attorney

        *Mailing Address:*
        *1961 Stout Street, Suite 1001A*
        *Denver, Colorado  80294*
        E-mail: Teresa.Abbott@ssa.gov

        *Street Address:*
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0404 (fax)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**  August 11, 2006

    **B.    Date Complaint Was Served on U.S. Attorney's Office:**  August 15, 2006

    **C.    Date Answer and Administrative Record Were Filed**:  October 16, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state there is no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:**  December 15, 2006

    **B.    Defendant's  Response Brief Due:**  January 15, 2007

    **C.    Plaintiff's  Reply Brief (If Any) Due:**  January 30, 2007

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument

    B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this 7th day of November, 2006.

                               BY THE COURT:

                               S/John L. Kane
                               U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/   Michael W. Seckar<br>MICHAEL W. SECKAR<br>Law Office of Michael W. Seckar, P.C.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff | TROY A. EID<br>UNITED STATES ATTORNEY<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br><br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Teresa H. Abbott<br>By: Teresa H. Abbott<br>Special Assistant U.S. Attorney<br>teresa.abbott@ssa.gov<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br><br>Attorney for Defendant |