IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-01589-LTB

MIRIAM S. LIND,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____

ORDER
_____

Upon the Motion for Order to Approve Stipulation to an Award of Attorney Fees Under the Equal Access to Justice Act (Doc 29 - filed December 13, 2007), it is

ORDERED that Plaintiff is awarded attorney fees in the amount of $4,530.63.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: December 14, 2007